[Criminal No. 249. Filed March 27, 1908.]

[94 Pac. 1091.]

## O. J. MARTIN, Defendant and Appellant, v. TERRITORY OF ARIZONA, Respondent.

1. CRIMINAL LAW—APPEAL AND ERROR—COURT EQUALLY DIVIDED— AFFIRMANCE.—Where the members of the supreme court are equally divided in opinion as to the disposal of questions presented by an appeal, the judgment of the district court will be affirmed.

APPEAL from a judgment of the District Court of the Second Judicial District, in and for the County of Cochise. Fletcher M. Doan, Judge. Affirmed by divided court.

O. J. Martin was convicted of embezzlement, and he appeals.

D. L. Cunningham, and Albert Sames, for Appellant.

E. S. Clark, Attorney General, for the Territory.

PER CURIAM.—The appellant, O. J. Martin, was convicted in the court below of embezzlement, and has appealed from the judgment of conviction.

The members of the court sitting are equally divided in opinion as to the disposal of the questions presented by this appeal. The judgment of the district court is therefore affirmed.

DOAN, J., not sitting.